# SETTLEMENT AGREEMENT

This Settlement Agreement ("**Agreement**"), dated June 16, 2022, by and between Angel Heart Home Care LLC, a Colorado Limited Liability Company, Brittany Alshawy and Huda Alshawy (collectively, "**AHHC**" or "**Employer**"), jointly and severally, on one hand, and Ihab Alshawi and Sarah Alshaeli (collectively, "**Employees**"), jointly and severally, on the other hand, resolves all claims set forth or that could have been set forth, known and unknown, in the civil litigation between the parties that has been commenced in the United States District Court for the District of Colorado, Civil Action No. 21-cv-02223-PAB-STV (the "**Litigation**") by the Employees regarding wages that they claim are due to them (the "**Wages**"), monies they claim they are owed pursuant to a loan agreement between the parties ("**Loan**"), as well as damages they claim have resulted from AHHC's termination of their employment (the "**Termination**"). AHHC and Employees are collectively referred to herein as "**Parties**," or individually as a "**Party**".

## RECITALS

**Whereas**, Employees commenced the Litigation to collect Wages, monies owed pursuant the Loan, and to seek damages resulting from the Termination; and

**Whereas**, AHHC denies that the Termination was in any way improper or illegal, or that it owes Wages or monies alleged under the Loan to the Employees; and

**Whereas**, AHHC has recently made numerous allegations against the Employees regarding claimed improprieties alleged to have occurred during their employment at AHHC (collectively "**AHHC's Allegations**"), which Employees deny; and

**Whereas**, Employees have recently alleged that AHHC has been publishing defamatory information about Employees (the "**Alleged Defamation**"), which AHHC denies; and

**Whereas**, Angel Heart Home Care LLC currently is not represented by counsel, as is required by the United States District Court for the District of Colorado, and it wishes to avoid the entry of a Default Judgment in the Litigation on or after June 21, 2022 by reaching a global resolution of all claims; and

**Whereas**, all parties desire to reach a mutually agreeable private global resolution of all claims, including those advanced in the Litigation, as well as AHHC's Allegations and the Alleged Defamation.

**WHEREFORE**, in exchange for good and valid consideration, the sufficiency of which is hereby acknowledged by all Parties, it is mutually agreed as follows:

1. **Payment Plan; Dismissal of Litigation.** Within three business days following their receipt of an executed copy of this Agreement from AHHC, Employees agree to file a Stipulation of Voluntary Dismissal of the Litigation, With Prejudice (which Employer

1

IA
SA

BA1
HA1

will reasonably cooperate in co-signing), and to refrain from further pursuing the Litigation, expressly conditional upon Employer's timely, full and continued compliance with the Payment Plan set forth herein. In particular: Employer shall pay to Employees the total sum of Eighty Thousand and Ninety Dollars (**$80,090.00**) ("**Settlement Payment**"), which shall be paid in consideration for the terms and conditions of the Agreement and other good and valuable consideration, the sufficiency of which is hereby acknowledged by the Parties. The Settlement Payment, the timely payment of which shall be the sole responsibility of Employer, shall be due by the final business day of each of the following fourteen months, in the following installment amounts (the "**Payment Plan**"):

i. $25,000.00 by June 30, 2022;
ii. $3,000.00 by July 29, 2022;
iii. $3,000.00 by August 31, 2022;
iv. $20,000.00 by September 30, 2022;
v. $3,000.00 by October 31, 2022;
vi. $3,000.00 by November 30, 2022;
vii. $3,000.00 by December 30, 2022;
viii. $3,000.00 by January 31, 2023;
ix. $3,000.00 by February 28, 2023;
x. $3,000.00 by March 31, 2023;
xi. $3,000.00 by April 28, 2023;
xii. $3,000.00 by May 31, 2023;
xiii. $3,000.00 by June 30, 2023; and
xiv. $2,090.00 by July 31, 2023.

All installment payments under the Payment Plan shall be made by ACH or wire transfer, and delivered to Employees by no later than 5 pm MT on the date due. The monthly installment payments specified in this Paragraph 1 shall be accelerated and shall be due immediately upon the occurrence of (i) Brittany and/or Huda Alshawy relocating from Colorado; (ii) the commencement of bankruptcy proceedings by Brittany and/or Huda Alshawy, and/or Angel Heart Home Care, LLC; or (iii) the sale of the interest of Brittany and/or Huda Alshawy in, and the termination of their ownership or operation of, Angel Heart Home Care, LLC.

2. **Default under Payment Plan; Notice and Single Opportunity to Cure; Uncured Default**. In the event that a Payment Plan installment payment referenced in Paragraph 1 is not timely received in full by Employees and has not otherwise previously been prepaid in full by AHHC, this shall constitute an Event of Default under the Agreement, and AHHC shall be afforded a single opportunity to cure the Default within seven (7) calendar days following its receipt of written notice from Employees ("**Notice of Default**"), failing which this will constitute an "**Uncured Default**" under the Agreement, Employees shall be entitled to immediately proceed with judicial remedies against AHHC, jointly and severally, including but not limited to taking steps to enter or execute on the **Confession of Judgment** attached hereto as **Exhibit 1**. The Notice of Default shall be furnished to AHHC by electronic mail to dogmama89@gmail.com and sendbad66@yahoo.com, as well as by first class mail to 5353 N. Union Blvd, Ste. 201B-5 & 201B-4, Colorado Springs, CO 80918. Neither Employees nor any counsel representing Employees may take any steps to enter, enforce or execute on the Confession of Judgment for as long as there is no Uncured Default by AHHC under this Agreement. In the event of an Uncured Default, Employees shall be entitled to add to the unpaid balance of the Settlement Payment their additional court costs, expenses, and reasonable attorneys' fees incurred in enforcing this Agreement through further collection proceedings through any court of competent jurisdiction, including but not limited to reopening the Litigation.

2

*IA*
*SA*  *BA*
*HA*

3. **Security for Settlement Payment; Default Balance**. As security for the Agreement and the obligation of AHHC to timely make the Settlement Payment, AHHC, jointly and severally, is delivering to Employees the Confession of Judgment, which shall be held by Employees' counsel. In the event of any Uncured Default, then Employees' counsel will be permitted to file the Confession of Judgment in any court of competent jurisdiction, and shall be entitled to the immediate entry of a judgment against AHHC, jointly and severally, which judgment shall be immediately enforceable following its entry. In such event, the "Default Balance" that shall be included in the Confession of Judgment shall be the sum of One Hundred Thirty Thousand Dollars (**$130,000.00**), less the total of the Settlement Payment that has been timely delivered to Employees (collectively, the "**Default Balance**"). AHHC waives any rights of appeal with regard to entry of the Confession of Judgment, and agrees to accept service of process by mail or by email at the following addresses: dogmama89@gmail.com and sendbad66@yahoo.com.

4. **Mutual Releases.**

(a) **By Employees**. Other than with respect to the enforcement of this Agreement, Employees, for themselves and for their agents, heirs, successors, administrators, executors, trustees, and/or assigns, hereby release, acquit and forever discharge Employer, and its agents, heirs, successors, affiliates, parents, administrators, executors, trustees, officers, directors, and/or assigns, of and from any and all awards, judgments, actions, causes of action (whether in tort or contract or otherwise), claims, demands, fees, attorney's fees, costs, expenses, loss of income, and compensation on account of or in any way growing out of any and all known and unknown claims and damages through the date of the Agreement, resulting to, or related to the their dealings with AHHC, their employment at AHHC, including but not limited to the Litigation, and the Alleged Defamation, irrespective of whether such matters were or could have been currently alleged.

(b) **By Employer**. Other than with respect to the enforcement of this Agreement, Employer, for itself and its agents, heirs, successors, administrators, executors, trustees, and/or assigns, hereby releases, acquit and forever discharge Employees and their agents, heirs, successors, affiliates, parents, administrators, executors, trustees, officers, directors, and/or assigns, of and from any and all awards, judgments, actions, causes of action (whether in tort or contract or otherwise), claims, demands, fees, attorney's fees, costs, expenses, loss of income, and compensation on account of or in any way growing out of any and all known and unknown claims and damages through the date of the Agreement, resulting to, or related to its dealings with the Employees or their employment at AHHC, including but not limited to AHHC's Allegations, irrespective of whether such matters were or could have been currently alleged.

5. **Prohibition Against Assignment.** This Agreement shall inure to the benefit of, and be binding upon Employees, Employer, and their respective successors and assigns. No Party shall transfer or assign any of his, her or its rights hereunder without the written consent of the other Parties.

6. **Severability**. If any provision of this Agreement or the application thereof to any person or circumstances shall be invalid or unenforceable to any extent, the remainder of this Agreement

3

IA
SA

BA3
HA3

and the application of such provisions to other persons or circumstances shall not be affected thereby and shall be enforced to the greatest extent permitted by law.

7. **Governing Law.** It is the intention of the parties hereto that this Agreement shall be interpreted, construed, and enforced according to the laws of Colorado.

8. **Review by Counsel; Voluntary Agreement**. All parties hereto acknowledge they have had the opportunity to have this Agreement reviewed by counsel of their choosing, and enter into this Agreement freely, voluntarily and without coercion as a means of compromise.

**IT IS SO AGREED.**

**EMPLOYEES**

IHAB ALSHAWI

_____  6/17/2022
Signature of Ihab Alshawi     Date

SARAH ALSHAELI

_____  6/17/2022
Signature of Sarah Alshaeli   Date

**EMPLOYER/AHHC**

ANGEL HEART HOME CARE LLC

_____  6/16/22
By: Brittany Alshawy           Date

President + Admin
Title

BRITTANY ALSHAWY, individually

_____  6/16/22
Signature of Brittany Alshawy  Date

HUDA ALSHAWY, individually

_____  6/16/22
Signature of ~~Brittany Alshawy~~ Huda Alshawy   Date

4

IA
SA        BA